## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Alfredo Rodriguez, et al.

                          Plaintiff,

v.                                                    Case No.: 1:26–cv–05275
                                                      Honorable Andrea R. Wood

Markwayne Mullin, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 11, 2026:

    MINUTE entry before the Honorable Andrea R. Wood: The Court acknowledges Plaintiffs' notice of withdrawal of motion for temporary restraining order [9]. In light of the notice, Plaintiffs' motion for temporary restraining order and preliminary injunction [7] is terminated as moot. Furthermore, as Defendants have approved Plaintiff's I–765 employment authorization application, it appears the entire action is moot. By 6/18/2026, the parties shall file either dismissal papers or a short status report identifying what additional issues remain to be resolved. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.